# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3465
LT Case No. 2023-30395-CJCI

_____

B.C., a CHILD,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Joan Anthony, Judge.

Michael C. Nappi, Assistant Regional Counsel, of Office of
Criminal Conflict and Civil Regional Counsel, Casselberry,
for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Roberts J.
Bradford, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

April 2, 2024

PER CURIAM.

    AFFIRMED.

LAMBERT, HARRIS, and MACIVER, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————